**CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**



SEP 1 9 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Dewel wayne Hammitt 643919
(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

4:16-CV-262-HLM-WEJ

                    -vs-

Floyd county JAil
SheRiFF BuckHALter
_____
(Enter above the full name of the defendant(s).)

**I.    Previous Lawsuits**

A.    Have you filed other lawsuits in federal court while incarcerated in any institution?

              Yes (   )      No ( ✓ )

B.    If your answer to A is yes, describe each lawsuit in the space below. (If there is
more than one lawsuit, describe the additional lawsuits on another piece of paper,
using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiff(s):    _____
                 _____

Defendant(s):    _____
                 _____

2.    Court (name the district):
                 _____
                 _____

3.    Docket Number:    _____

Rev. 12/5/07

**I.**     **Previous Lawsuits (Cont'd)**

4.     Name of judge to whom case was assigned: _____

5.     Did the previous case involve the same facts?

Yes ( )      No ( )

6.     Disposition (Was the case dismissed?  Was it appealed?  Is it still pending?):

_____

_____

7.     Approximate date of filing lawsuit: _____

8.     Approximate date of disposition: _____

**II.**    **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights act ion shall be brought in federal court until all available administrative remedies are exhausted.  Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

A.     Place of Present Confinement: *Coffee correctional Facility*

B.     Is there a prisoner grievance procedure in this institution?

Yes ( )      No ( ✓)

C.     Did you present the facts relating to your complaint under the institution's grievance procedure?

Yes ( )      No ( ✓)

D.     If your answer is YES:

1.     What steps did you take and what were the results?

_____

_____

_____

_____

2.     If your answer is NO, explain why not: *IT WAS county*
*JAiL*

**III.    Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.    Name of Plaintiff: Dewel wAyne HAmmitt

Address(es): coffee correctional FAcility
Po Box 650 Nichols, Ga, 31554

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.    Defendant(s): sheRiFF BuckHAlter
Floyd county JAil

Employed as Floyd county JAil

at

**IV.    Statement of Claim**

State here as briefly as possible the facts   of your case.  De scribe how each defendant is involved.  Include also the names of other persons involved, dates, and places.**Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a num ber of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

around march Are April of 2015. officer Brown came out on A
911 call. while There he rad my name And said I had A warrent for another
state, when he tuck me to the JAil They did'nt Finger print me And one
of the JAiler's said to put me in the back. because I had No charge's
And that Alabama would pick me up That nite, well After naison trave
with All the stAFF of why? I was still there. The Tenth day
I went up Front And signed extradishion papers. And 13th day
I WAS in First Appearance. where the Judge said he had An
issue. He said the Issue was That he wanted me to pull my
extradishion papers Back Because he couldnt send me to Alabama;

**IV.    Statement of Claim (Cont'd)**

legal. I refused. So the 14 day I'm in superior court
where the Judge granted my extradition I went to Alabama
cherokee county, made bond that nite, And found out the
warrent was 19 years old. And That I'm never even being
to there Jail, And still never got finger printed
There Also while checking names At my place officer Brown Also
checked my girls Ashley winack, my sons chase Hamonth, Anthony Albernathy
my daughter in Law, Brittany Albernathy. The Judge covey masistrate
court, Judge Nietract superior court Judge who sent me to Alabama,
After the judge Signed For me to go to Alabama, Floyd
County drove me to The Alabama line And toward me in
to Alabama And picked Another person Up From Alabama.

**V.    Relief**

State briefly exactly what you want the Court to do for you.  Make no legal arguments.  Cite
no cases or statutes.

I want the court to award me 1,5 million dollars
And to take back the 7 years of probation I
Have Left in Floyd county

**V.    Relief (Cont'd)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed this _9-14-2016_ day of ____Sept_____, 20 _16_ .


_____
Signature of Plaintiff

**STATE OF** __Ga._____
**COUNTY (CITY) OF** _Floyd_____

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** __9-14-2016_____
                    (Date)

_____
Signature of Plaintiff